# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD TIM BOYCE, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>AIM MANAGMENT GROUP, INC.,<br>*et al.*,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-04-2587 |
| JOY D. BEASLEY, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>AIM MANAGEMENT GROUP, INC.,<br>*et al.*,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-04-2589 |
| KEHLBECK TRUST DTD 1-25-93,<br>*et al.*,<br>    Plaintiffs,<br><br>v.<br><br>AIM MANAGEMENT GROUP, INC.,<br>*et al.*,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-04-2802 |
| JANICE R. FRY, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>AIM MANAGMENT GROUP, INC.,<br>*et al.*,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-04-2832 |

(Caption continues on next page)

| | | |
|---|---|---|
| ROBERT P. APU, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-04-2884 |
| | § | |
| AIM MANAGMENT GROUP, INC., | § | |
| *et al.*, | § | |
|     Defendants. | § | |

---

| | | |
|---|---|---|
| HARVEY R. BENDIX, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-04-3030 |
| | § | |
| AIM MANAGEMENT GROUP, INC., | § | |
| *et al.*, | § | |
|     Defendants. | § | |

## ORDER

It is hereby **ORDERED** that the Civil Action Nos. H-04-2589, H-04-2802, H-04-2832, H-04-2884 and H-04-3030 are **CONSOLIDATED** into the case styled *Richard Tim Boyce, et al., versus AIM Management Group, Inc., et al.*, Civil Action No. H-04-2587. It is further

**ORDERED** that all further filings by the parties shall be only in Civil Action No. H-04-2587. It is further

**ORDERED** that the Clerk of Court shall file a copy of this Order in and shall **administratively close** Civil Action Nos. H-04-2589, H-04-2802, H-04-2832, H-04-2884 and H-04-3030. It is further

**ORDERED** that counsel for all parties in these consolidated cases shall appear before the court for an initial scheduling conference on **January 10, 2005 at 10:30 a.m.**

SIGNED at Houston, Texas, this **22nd** day of **December, 2004**.

_____
Nancy F. Atlas
United States District Judge